# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
May 24, 2016

In re:

Michael E. Cushing

Jacqueline M. Cushing

Debtor*

Case Number: 07–30945 lmw
Chapter: 7

## DEFICIENCY NOTICE REGARDING CONTESTED MATTER PROCEDURE

The Trustee has filed a/an Motion to Reopen Case to administer undisclosed asset , ECF No. 18, not in compliance with this Court's Contested Matter Procedure as revised on April 20, 2016, for the reason(s) indicated below:

- ☒ Contested Matter Procedure Not Followed

- ☐ Deficient Certificate of Service (Not in Compliance with Bankruptcy Rule 7004)

- ☐ Deficient Response Deadline

- ☐ Motion/Application Not in Compliance with Local Bankruptcy Rule 9013 and Bankruptcy Rule 7010

Failure to correct and submit an amended motion/application in compliance with this Court's Contested Matter Procedure within five (5) business days from the date of this notice may result in an order denying your motion/application.

Dated: May 24, 2016

BY THE COURT

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 160 – res

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.